# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DANTE LEON MILON

NO. 2023 KW 0260

**MAY 25, 2023**

---

In Re: Dante Leon Milon, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 585739.

---

**BEFORE: GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the application for postconviction relief filed with the district court, the indictment, the commitment order, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. <u>See</u> Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT